IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MERVAT AHMAD NABULSI,

    Petitioner,

v.                                CASE NO. 4:07-cv-00348-MP-WCS

MICHAEL CHERTOFF,
ALBERTO GONZALEZ,
et al.,

    Respondents.

_____/

## O R D E R

This matter is before the Court on Doc. 7, Report and Recommendation of the Magistrate Judge, recommending that the case be remanded to the United States Citizenship and Immigration Services to take various actions regarding Ms. Nabulsi's application for United States citizenship. The respondents filed objections, doc. 8, which indicated that the parties were in agreement that Ms. Nabulsi was naturalized on April 23, 2008, and that therefore this cause should be dismissed as moot. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.    The Report and Recommendation of the Magistrate Judge is rejected because the matter has become moot.

2.    This matter is dismissed as moot, and the Clerk is directed to close the file.

**DONE AND ORDERED** this _11th_ day of September, 2008

                                *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge